STATE of Missouri,
Plaintiff/Respondent,

v.

Michael R. PRUNEAU,
Defendant/Appellant.

Michael R. PRUNEAU,
Movant/Appellant,

v.

STATE of Missouri, Respondent.

Nos. 59859, 61508.

Missouri Court of Appeals,
Eastern District,
Southern Division.

Sept. 29, 1992.

Robert L. Fleming, Columbia, for appellant.

William L. Webster, Atty. Gen., Rudolph R. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for respondent.

PER CURIAM.

In this bench-tried case, the trial court found defendant guilty of first degree sexual assault in violation of § 566.040, RSMo. He appeals his conviction as well as the denial of his Rule 29.15 motion without an evidentiary hearing.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).

STATE of Missouri, Respondent,

v.

Robert WEEDMAN, Appellant.

No. WD 45112.

Missouri Court of Appeals,
Western District.

Sept. 29, 1992.

Marcie W. Bower, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., for respondent.

Before TURNAGE, P.J., and BRECKENRIDGE and HANNA, JJ.

PER CURIAM:

ORDER

Defendant appeals from conviction of sodomy, § 566.060, RSMo 1986, following a jury trial and was sentenced to a five year term of imprisonment.

The judgment of conviction is affirmed. Rule 30.25(b).